IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED
MAR 20 2018
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| ABEL RODRIGUEZ ESPARZA,<br><br>Plaintiff,<br><br>vs.<br><br>CASSIDY R. ROELL, KAMERON V. BROWN, GEICO GENERAL INSURANCE COMPANY,<br><br>Defendants. | No. CV 18-3-BU-SEH<br><br>ORDER |

On February 20, 2018, the Court issued an Order setting a preliminary pretrial conference for March 28, 2018.[1]

In its February 20, 2018, Order, the Court required that "[e]ach party shall file a preliminary pretrial statement, which shall identify each individual and include each matter listed in Fed. R. Civ. P. 26(a)(1)(A)(i)-(iii) and in L.R. 16.2(b)(1)."[2] The preliminary pretrial statements filed on March 19, 2018,[3] fail to

---

[1] Doc. 9.

[2] Doc. 9 at 3.

[3] Docs. 12 and 13.

-1-

comply with the Court's February 20, 2018, Order.

Deficiencies in the March 19, 2018, statements include:

1. Plaintiff's Preliminary Pretrial Statement[4] does not include the matter listed in Federal Rule of Civil Procedure 26(a)(1)(A)(ii), as required by the Court's February 20, 2018, Order.

2. Defendants' Preliminary Pretrial Statement[5] does not include the matter listed in Federal Rule of Civil Procedure 26(a)(1)(A)(ii), as required by the Court's February 20, 2018, Order.

ORDERED:

Necessary and appropriate revisions to the preliminary pretrial statements to address the deficiencies outlined in paragraph numbers 1 and 2 above shall be filed and served on or before March 23, 2018.

DATED this 20th day of March, 2018.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[4] Doc. 12.

[5] Doc. 13.