FILED
APR 2 7 2018
Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ABEL RODRIGUEZ ESPARZA,<br><br>Plaintiff,<br><br>-vs.-<br><br>CASSIDY R. ROELL, KAMERON V. BROWN, GEICO GENERAL INSURANCE COMPANY,<br><br>Defendants. | Cause No. CV-18-00003-BU-SEH<br><br>THE HON. SAM E. HADDON<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Upon stipulation of the parties hereto, and good cause appearing therefor,

IT IS HEREBY ORDERED that Count Two: Declaratory Judgment and Supplemental Relief as pled against Defendant GEICO General Insurance Company in the above matter be dismissed without prejudice, each party to bear its own costs and attorneys' fees incurred herein.

DATED this 27th day of April, 2018.

Sam E. Haddon
United States District Judge