IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED
JUN 18 2018
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| ABEL RODRIGUEZ ESPARZA, <br><br> Plaintiff, <br><br> vs. <br><br> CASSIDY R. ROELL, KAMERON V. BROWN, GEICO GENERAL INSURANCE COMPANY, <br><br> Defendants. | No. CV 18-3-BU-SEH <br><br> ORDER |

The Court has been informed that this case has been settled.

ORDERED:

The parties shall file a stipulation for dismissal and proposed order of dismissal within 30 days of the date of this Order.

DATED this 18th day of June, 2018.

SAM E. HADDON
United States District Judge