**FILED**

JUL 1 7 2018

Clerk, U.S. District Court
District Of Montana
Helena

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

---

| | |
|---|---|
| ABEL RODRIGUEZ ESPARZA, | Cause No. CV-18-00003-BU-SEH |
| Plaintiff, | |
| | THE HON. SAM E. HADDON |
| -vs.- | |
| | **ORDER OF DISMISSAL WITH** |
| CASSIDY R. ROELL, KAMERON | **PREJUDICE** |
| V. BROWN, GEICO GENERAL | |
| INSURANCE COMPANY, | |
| | |
| Defendants. | |

---

Upon stipulation of the parties hereto, and good cause appearing therefor,

IT IS HEREBY ORDERED that the above matter be dismissed with

prejudice as fully and finally settled on the merits, each party to bear its own costs

and attorneys' fees incurred herein.

DATED this 17th day of July, 2018.

Sam E. Haddon
United States District Judge